**CINCINNATI MICROWAVE, INC., ESCORT, INC., and George W. Fels, Plaintiffs–Appellants,**

v.

**WHISTLER CORPORATION OF MASSACHUSETTS, Defendant,**

and

**Dynatech Corporation (now known as Acterna Corporation), Defendant–Cross Appellant.**

No. 01–1070, 01–1079.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 17, 2001.

Before NEWMAN, Circuit Judge, ARCHER, Senior Circuit Judge, and LINN, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36